

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAR 28 P 2: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OPT-IN MARKETING SERVICES | CIVIL ACTION |
| VERSUS | NO. 02-1533 |
| SPEWS, INC., ET AL. | SECTION "R" |

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

This matter was placed on the Court's December 11, 2002 and February 19, 2003 call docket for hearing. At those hearings, the Court ordered the case passed for 30 days to allow counsel the opportunity to take a default against the defendants or for responsive pleadings to be filed. Counsel was further informed by the Court's Minute Entry of December 11, 2002 and February 19, 2003, that the case would be dismissed if the appropriate action was not taken within 30 days.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana this 24th day of March, 2003.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 3 1 2003

___Fee_____
___Process__
X _Dktd_
___CtRmDep_
Doc.No._____